UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. <br><br> Plaintiff, <br><br> vs. <br><br> ROSARIO PARADA, an individual, <br> EL HERRADERO, a Nevada limited liability company, <br><br> Defendants. | Case No. 2:15-cv-00838-APG-GWF <br><br> **ORDER TO SHOW CAUSE** |

It appears from the docket that attorney Richard J. Gunnerson is admitted to practice in Nevada but does not maintain a Nevada office. Attorneys who are licensed in Nevada but do not maintain an office here are subject to the requirements outlined in Local Rule IA 10-1(b), namely that they must "either associate a licensed Nevada attorney maintaining an office in Nevada or designate a licensed Nevada attorney maintaining an office in Nevada, upon whom all papers, process, or pleadings required to be served upon the attorney may be so served." *See, e.g., Levi v. Social Security Admin.*, 2012 U.S. Dist. Lexis 121098, *2 (D. Nev. Aug. 27, 2012). Thereafter, Court filings must include the name and office address of the associated or designated attorney. *See* Local Rule 10-1(b)(2). The Court hereby ORDERS Mr. Gunnerson to show cause in writing, no later than **December 18, 2015**, why he has not complied with this rule.

IT IS SO ORDERED.

DATED this 11th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge