1

2

3

4                           **UNITED STATES DISTRICT COURT**

5                              **DISTRICT OF NEVADA**

6

7    J & J SPORTS PRODUCTIONS, INC.          )
                                             )
8                    Plaintiff,              )      Case No. 2:15-cv-00838-APG-GWF
                                             )
9    vs.                                     )      **ORDER**
                                             )
10   ROSARIO PARADA, et al.,                 )
                                             )
11                   Defendants.             )
     _____)

12

13        Counsel Richard Gunnerson, attorney for Plaintiff,  having responded to the Court's Order to

14   Show Cause, and having substituted out of this matter and local counsel substituted in his place, no

15   issues remain with regard to the show cause order.

16        DATED this 18th day of December, 2015.

17

18   _____
     GEORGE FOLEY, JR.
19   United States Magistrate Judge

20

21

22

23

24

25

26

27

28