# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

JJ SPORTS PRODUCTIONS, INC.,

Plaintiff,

v.

ROSARIO PARADA, et al.,

Defendans.

Case No. 2:15-cv-0838-APG-GWF

**ORDER DISMISSING CASE FOR WANT OF PROSECUTION**

On September 23, 2016, the plaintiff was advised by the court (Dkt. #19) that, pursuant to Local Rule 41-1, this case would be dismissed for want of prosecution unless on or before October 23, 2016, action was taken in this case.  Since then, the plaintiff has failed to take any action in this case.  Nor has the plaintiff shown cause why this case should not be dismissed.  Therefore,

IT IS HEREBY ORDERED that this lawsuit is DISMISSED without prejudice.  The clerk of court shall enter judgment accordingly.

Dated:  October 25, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE